IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:19-00150

TEQUAN MONTEK PRATT,
    also known as "Snow"

## WRITTEN PLEA OF GUILTY

In the presence of Neil Bouchillon my counsel, who has fully explained the charges contained in the indictment against me, and having received a copy of the indictment before being called upon to plead, I hereby plead guilty to the charges contained in counts two and three of the indictment.

DATE: _____

_____
DEFENDANT

WITNESS:

8/27/19

_____
Neil Bouchillon
COUNSEL FOR DEFENDANT